United States District Court

Eastern District of Washington

949 Thomas S. Foley United States Courthouse

P. O. Box 1432

Spokane, Washington 99210-1432

(509) 353-2180

Justin L. Quackenbush
Senior Judge

May 26, 2004

RECEIVED 2004 JUN -2 A 10:55 FINANCIAL DISCLOSURE OFFICE

Hon. Mary M. Lisi, Chair
Committee on Financial Disclosure
One Columbus Circle, N. E.
Washington, D.C. 20544

Re: 2003 Financial Disclosure Report

Dear Judge Lisi:

In accordance with your letter of May 19, 2004, my 2003 Financial Disclosure Report should be amended in Section VII-Investments and Trusts to include in item 9 that the Country Club stock is ▮▮▮▮▮▮▮▮ and in item 11 that the Country Club stock is ▮▮▮▮▮▮



Very truly

JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Quackenbush, Justin L | 2. Court or Organization  E. D. Washington | 3. Date of Report  4/6/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior U. S. District Judge | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial ● Annual ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  P. O. Box 1432.  Spokane, WA 99210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME.    (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quackenbush, Justin L | 4/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Washington Mutual Tax Exempt Bond Fund | B | Interest | K | T | | | | | |
| 2. Washington Mutual IRA Account, Composite Bond & Stock Fund | A | Dividend | J | T | Distribution | 3/1 | J | | |
| 3. New York Life Insurance Policy | C | Dividend | K | T | | | | | |
| 4. Checking & Savings Accounts, Wells Fargo bank | A | Interest | K | T | | | | | |
| 5. Checking Account, Washington Trust Bank, Spokane, WA | A | Interest | J | T | | | | | |
| 6. Nuveen Municipal Value Fund | C | Dividend | L | T | | | | | |
| 7. Merrill-Lynch Municipal Bond Fund-High Yield | B | Dividend | K | T | | | | | |
| 8. Nuveen Tax Exempt Municipal Bond Fund | C | Dividend | L | T | | | | | |
| 9. 1 Share- Country Club | | None | J | T | | | | | |
| 10. Real Property-Riverside County, California | | None | N | T | | | | | |
| 11. 1 share-Country Club | | None | K | T | | | | | |
| 12. Real Property-Kootenai County, Idaho | | None | M | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Quackenbush, Justin L | 4/6/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu ▮▮▮▮▮▮▮▮▮▮▮            Date _April 6, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544